```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 21495
   LERONN SCOTT
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-2579

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/15/2008 and was confirmed 10/23/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/29/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
CITI MORTGAGE             CURRENT MORTG        .00           .00           .00
CITI MORTGAGE             MORTGAGE ARRE        .00           .00           .00
WACHOVIA BANK OF DELAWAR  CURRENT MORTG        .00           .00           .00
WACHOVIA BANK OF DELAWAR  MORTGAGE ARRE   12671.63           .00           .00
CITI MORTGAGE             MORTGAGE NOTI  NOT FILED           .00           .00
HOMEEQ                    MORTGAGE NOTI  NOT FILED           .00           .00
ADT SECURITY              UNSEC W/INTER  NOT FILED           .00           .00
CAPITAL ONE               UNSEC W/INTER  NOT FILED           .00           .00
PALISADES COLLECTION LLC  UNSEC W/INTER  NOT FILED           .00           .00
PROVIDIAN NATIONAL BANK   UNSEC W/INTER  NOT FILED           .00           .00
SBC AMERITECH             UNSEC W/INTER  NOT FILED           .00           .00
PRA RECEIVABLES MANAGEME  UNSEC W/INTER     747.50           .00           .00
RAYMOND SCOTT             NOTICE ONLY    NOT FILED           .00           .00
CITIMORTGAGE              MORTGAGE NOTI  NOT FILED           .00           .00
WACHOVIA EQUITY SERVICIN  MORTGAGE NOTI  NOT FILED           .00           .00
HSBC BANK NEVADA NA       UNSEC W/INTER     526.37           .00           .00
NORTH STAR CAPITAL ACQ    UNSEC W/INTER     784.81           .00           .00
MARTIN J OHEARN           DEBTOR ATTY     3,000.00                      909.44
TOM VAUGHN                TRUSTEE                                        70.56
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             980.00

PRIORITY                                    .00
SECURED                                     .00
UNSECURED                                   .00
ADMINISTRATIVE                           909.44
TRUSTEE COMPENSATION                      70.56

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 21495 LERONN SCOTT
```

```
DEBTOR REFUND                                                       .00
                                          ----------------   ----------------
TOTALS                                            980.00             980.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                     /s/ Tom Vaughn
    Dated: 03/05/09                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```